1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7

In Re:

8

LLS AMERICA, LLC,

9

Debtor,

10

BRUCE P. KRIEGMAN, solely in his
capacity as court-appointed Chapter 11
Trustee for LLS America, LLC,

11
12

Plaintiff,

13

v.

14

WELLS FARGO BANK, NA,

15

Defendant.

NO:  CV-12-666-RMP

Bankr. Case No. 09-06194-PCW11

Adv. Proc. No. 12-80042-PCW11

ORDER OF DISMISSAL WITH
PREJUDICE

16
17

This matter came before the Court pursuant to the Stipulation of Dismissal

18

of Case as to Defendant Wells Fargo Bank, N.A., filed by Plaintiff (the

19

"Stipulation").  Having reviewed the Stipulation and the files and pleadings the

20

Court finds good cause to grant the motion.  **IT IS HEREBY ORDERED** that

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

the parties' Stipulated Motion to Dismiss, **ECF No. 12**, is **GRANTED.  IT IS FURTHER ORDERED** that this case and Defendant Wells Fargo Bank, N.A. are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED** that Claim Nos. 610-1 and 817-1 filed by Wells Fargo Bank in the main case pending before the United States Bankruptcy Court for the Eastern District of Washington, Case No. 09-06194-FPC11, shall be deemed disallowed in full effect upon entry of this order.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to **close this case.**

**DATED** this 30th day of April 2014.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2